PER CURIAM.

(No. 73-CC-58)

G. PIERRE-JEROME, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 26, 1973.*

G. PIERRE-JEROME, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

Per Curiam.